**Order entered April 6, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00061-CR
No. 05-14-00062-CR
No. 05-14-00063-CR

**TASHIMA NICOLE EVERHART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-0825802-S**

## ORDER

Before Justices Francis, Lang-Miers, and Whitehill

Based on the Court's opinion of this date, we **GRANT** the May 28, 2014 motion of Matthew J. Kita for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Matthew J. Kita as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Tashima Nicole Everhart, TDCJ No. 01925896, William P. Hobby Unit, 742 FM 712, Marlin, Texas, 76661.

/s/     MOLLY FRANCIS
        JUSTICE